No. 76–5504. LOCKE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 76–5515. WRIGHT v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–5519. WALSH v. BOARD OF TRUSTEES, POLICE PENSION FUND, ARTICLE I. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–5525. STRANO ET AL. v. CROY, SECRETARY, NEW MEXICO DEPARTMENT OF HOSPITALS AND INSTITUTIONS. C. A. 10th Cir. Certiorari denied.

No. 76–5529. GREENWOOD v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5538. SANDERS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5541. HIGGINS v. METTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–5545. PEDERSON v. STEWART-WARNER CORP. C. A. 7th Cir. Certiorari denied.

No. 76–5618. HANCOCK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5623. FLORENCE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–5626. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5627. MANCINAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.